# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0363
_____

DANIEL E. SNODGRASS,

Appellant,

v.

DR. NATHANIEL WILLIAMS and
RECEPTION AND MEDICAL
CLINIC,

Appellee.

_____

On appeal from Circuit Court for Union County.
Robert K. Groeb, Judge.

January 4, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel E. Snodgrass, pro se, Appellant.

No response for Appellee.